UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

SEBASTIAN CAMPBELL,

Plaintiff,

vs.

EDFINANCIAL SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANSUNION, LLC,

Defendants.

**NOTICE OF APPEARANCE**

Case No. 3:26-cv-05188-BAT

Judge Brian A. Tsuchida

PLEASE TAKE NOTICE that Tanya N. Lewis of Snell & Wilmer L.L.P. appears as counsel of record for Defendant EdFinancial Services, LLC in the above-entitled action.

Dated: May 7, 2026.

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
Tanya N. Lewis, WSBA #31032

*Attorney for Defendant EdFinancial Services, LLC*

NOTICE OF APPEARANCE - 1

Snell & Wilmer L.L.P.
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

4930-1988-9065

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court for the U.S. District Court, District of Western Washington by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Daniel Zemel
ZEMEL LAW LLC
660 Broadway
Paterson, NJ 07514
dz@zemellawllc.com

*Attorney for Plaintiff Sebastian Campbell*

Kyle R. Lindskog
QUILLING SELANDER LOWNDS WINSLETT MOSER PC
10333 N Meridian St, Ste 200
Indianapolis, IN 46290
kyle.lindskog@qslwm.com

and

Nicholas R. Ranallo
NICHOLAS RANALLO ATTORNEY AT LAW
5058 57TH Ave S
Seattle, WA 98118
nick@ranallolawoffice.com

*Attorneys for TransUnion LLC*

Date: May 7, 2026.

/s/ Susan Ballif
An Employee of SNELL & WILMER L.L.P.

NOTICE OF APPEARANCE - 2

Snell & Wilmer L.L.P.
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

4930-1988-9065